No. 93–7283.   SMITH *v.* PENNSYLVANIA ET AL.   C. A. 3d Cir. Certiorari denied.

No. 93–7285.   WILLIAMS *v.* ADAMS.   C. A. 8th Cir.   Certiorari denied.

No. 93–7288.   BOALBEY *v.* HAWES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 93–7289.   WOODARD *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 93–7290.   SANDERS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–7291.   HOLLEY *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 93–7293.   WRIGHT *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 93–7294.   IGE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 93–7295.   BYNUM *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 93–7296.   BLEVINS *v.* SHIPLEVY, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 93–7297.   DELPH *v.* INTERNATIONAL PAPER ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 93–7298.   REID *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 93–7301.   CASTRO *v.* TAFOYA, JUDGE, ET AL.   Sup. Ct. Ariz.   Certiorari denied.

No. 93–7302.   CAMPBELL *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–7303.   AVERY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 93–7304.   ALLEN *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.   C. A. 7th Cir.   Certiorari denied.